## Johnson Service Company, Appellant, *v.* The Fayette Title & Trust Building.

Argued April 16, 1929.

544 

 Before TREX-
LER, KELLER, LINN, GAWTHROP, CUNNINGHAM and
BALDRIGE, JJ. 

*H. S. Dumbauld,* and with him *Charles W. Rush,* for
appellant.

*A. W. Forsyth,* and with him *H. E. Hackney* of
*Shelby, Hackney & Ray,* for appellee.

OPINION BY BALDRIGE, J., July 2, 1929:
We have, this day, filed an opinion affirming the
lower court in striking off this mechanic's lien. The
sci. fa. issued thereunder necessarily falls with it. The
judgment of the lower court is affirmed.